

FILED

NOV 03 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana



FILED

11/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0367

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT No. DA 21-0367

MATTHEW RYAN AILER,

      Defendant and Appellant,

v.

STATE OF MONTANA,

      Plaintiff and Appellee,

## ORDER

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant's opening brief shall be filed on or before December 8, 2021.

DATED this 3rd day of November, 2021.

For the Court,

_____
Chief Justice

ORDER - 1